United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**ROBERT SAWAYA,**

**Plaintiff,**

**v.**

**JPMORGAN CHASE BANK, f/k/a Washington Mutual Bank, *et al.*,**

**Defendants.**

**Case No.: 14-CV-1115 YGR**

**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; RESETTING MOTION HEARINGS**

The defendants in this case have filed motions with the Court that seek to dismiss plaintiff's lawsuit. They have made two separate motions for dismissal. The first motion was filed on March 21, 2014. (Dkt. No. 7.) The second motion was filed April 8, 2014. (Dkt. No. 13.)

Under this Court's Civil Local Rule 7-3(a), the plaintiff, Robert Sawaya, is required to respond to both motions by filing either (1) a brief opposing each motion to dismiss or (2) a notice stating that he does not oppose dismissal. He has already missed the deadline to respond to the first motion, which passed on April 4, 2014. The deadline to respond to the second motion is April 22, 2014.[1]

In deference to Mr. Sawaya's pro se status (that is, a person with no lawyer), the Court hereby extends Mr. Sawaya's time to file a response to both the first and the second motion to dismiss. That deadline is now **April 29, 2014**.

[1] The Court's Civil Local Rules may be accessed for free at: cand.uscourts.gov/localrules/civil

The Court warns Mr. Sawaya that if he does not file a response to defendants' motions by April 29, 2014, ***the Court will dismiss his case for "failure to prosecute,"*** that is, a failure to meet deadlines and keep the lawsuit moving forward. If Mr. Sawaya timely files a response, then defendants shall file and serve any reply no more than seven days later. Civ. L.R. 7-3(c).

Mr. Sawaya may seek assistance with his case by making an appointment at any of the Court's three help centers located at the courthouses in San Francisco, Oakland, and San Jose. The website for the San Francisco and Oakland locations is http://www.cand.uscourts.gov/helpcentersf and the phone number is (415) 782-8982. The website for the San Jose location is http://www.cand.uscourts.gov/helpcentersj and the phone number is (408) 297-1480.

The Court **RESETS** the hearing for both motions (Dkt. Nos. 7 & 13) for its 2:00 p.m. calendar on **Tuesday, May 27, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED.**

Date: April 16, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**