**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT SAWAYA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JPMORGAN CHASE BANK,** f/k/a Washington Mutual Bank, *et al.*,<br><br>    **Defendants.** | Case No.: 14-CV-1115 YGR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On April 16, 2014, the Court issued an Order Regarding Plaintiff's Failure to File an Opposition to Defendants' Motion to Dismiss, and allowed Plaintiff until April 29, 2014 to file an opposition. Plaintiff was warned that failure to file an opposition would result in dismissal of this action for failure to prosecute. Plaintiff did not file an opposition.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The hearing set for May 27, 2014 is **VACATED**.

This Order terminates Case No. 14-cv-1115.

**IT IS SO ORDERED**.

Date: May 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**